# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAMS USA, INC., | Case No.: 8:24-cv-02813-JVS-ADS |
| Plaintiff, | Hon. Autumn D. Spaeth |
| vs. | PROTECTIVE ORDER |
| PATCHES & PINS EXPO, LLC, d/b/a DONNIESOC and DOES 1 through 10, inclusive, | |
| Defendants. | |

Having reviewed the Stipulation for Entry of Protective Order filed by the parties to this action (Dkt. No. 43), by and through their respective counsel of record, the Court finds from the content thereof that good cause exists to adopt the stipulation as an order of this Court;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Stipulation for Entry of Protective Order agreed to by the parties and attached hereto for reference shall, and hereby does, become the Order of this Court.

IT IS SO ORDERED.

DATED: January 20, 2026                    _____/s/ Autumn D. Spaeth_____
                                                                   AUTUMN D. SPAETH
                                                                   United States Magistrate Judge

-2-

PROTECTIVE ORDER